# United States Court of Appeals for the Federal Circuit

March 28, 2014

## ERRATA

Appeal No. 2013-1214

**DANISCO US INC.**

v.

**NOVOZYMES A/S** AND **NOVOZYMES NORTH AMERICA, INC..**

Decided:  March 11, 2014
Precedential Opinion

Please make the following change:

    "Magistrate Judge Richard G. Seeborg" to "Judge Richard Seeborg".